**Opinion issued July 16, 2019**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-19-00377-CV

———————————

## IN RE ANDRA FOLWER, Relator

———————————

## Original Proceeding on Petition for Writ of Mandamus

———————————

## MEMORANDUM OPINION

Relator, Andra Fowler, has filed a petition for writ of mandamus, seeking an order directing the trial court to reverse its order denying a motion to compel.[1]

We **deny** relator's petition for writ of mandamus. *See* TEX. R. APP. P. 52.8(a).

---

[1]    The underlying case is *Andra Fowler v. Jamee Lon Tran*, cause number 2017-36965, pending in the 215th District Court of Harris County, Texas, the Honorable Elaine Palmer presiding.

## PER CURIAM

Panel consists of Chief Justice Radack and Justices Higley and Hightower.